COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



GENERAL ROOFING SERVICES,


 Appellant,


v.


R.H.S.C. EL PASO, INC., d/b/a CENTER
FOR OUTPATIENT REHABILITATION
& EVALUATION, a/k/a/ RIO VISTA
REHABILITATION CENTER, a/k/a RIO
VISTA REHAB,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00233-CV



Appeal from the


County Court at Law Number Three


of El Paso County, Texas


(TC#2007-4089)


MEMORANDUM OPINION


 This appeal is before the Court on its own motion for determination as to whether the appeal
should be dismissed for want of prosecution. On July 7, 2008, Appellant, General Roofing Services,
filed its notice of appeal. By correspondence of the same date, the Clerk of the Court informed
General Roofing Services that it had not tendered the filing fee. Appellant was warned that failure
to tender such payment within twenty days may result in dismissal. Alternatively, the Clerk
requested that General Roofing Services inform the Court within twenty days if it was excused from
paying the cost of the filing fee. General Roofing Services has made no payment and no response
to this Court's request. Therefore, pursuant to Texas Rules of Appellate Procedure 42.3(b) and (c),
we dismiss this appeal for want of prosecution, with prejudice.


 KENNETH R. CARR, Justice

October 23, 2008


Before Chew, C.J., McClure, and Carr, JJ.